## TABLE OF CONTENTS


TABLE OF AUTHORITIES ..... ii

MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING GROSS NEGLIGENC ..... 1

**I. LIST OF UNCONTESTED MATERIAL FACTS** ..... 2

**II. LIST OF EXHIBITS** ..... 4

**III. FACTUAL BACKGROUND** ..... 4

*A. Landfill Procedures and Process* ..... 4
*B. Jennifer Lyles's Relevant Background Testimony* ..... 6
*C. Plaintiff's Relevant Background Testimony* ..... 7
*D. Subject Accident* ..... 9

**IV. LAW AND ARGUMENT** ..... 12

*A. There is No Evidence of Gross Negligence against Jennifer Lyles* ..... 14
*B. There is No Evidence of Gross Negligence against* CEI ..... 16

1. *Trailer maintenance is irrelevant to the disputed issues* ..... 17
2. *There is no evidence of grossly negligent training and supervision* ..... 17
3. *There is no evidence CEI was grossly negligent in the failure to provide proper equipment* ..... 18

**V. CONCLUSION** ..... 19

CERTIFICATE OF SERVICE ..... 20

APPENDIX

Exhibit "A" Deposition of John Barnett

Exhibit "B" Deposition of Jennifer Lyles

Exhibit "C" Plaintiff's First Amended Complaint