# TABLE OF AUTHORITIES

## Statutes

Fed. R. Civ. P.56……………………..……………………………………………..……......13

## Jurisprudence

*Allsup's Convenience Stores, Inc. v. Warren,* 934 S.W.2d 466,437 (Tex.App.-Amarillo 1996, writ denied)..........................................................................................17

*Celotex Corp. v. Catrett*, 477 U.S. 317,323-24 (1986).....................................................12

*Diamond Shamrock Ref.Co., L.P. v. Hall,* 168 S.W.3d 164,166 (Tex.2005) ....................13

*Fontenot v. Upjohn Co.,* 780 F.2d 1190,1195 (5th Cir. 1986).............................................................................................................13

*Knight v. City Streets, L.L.C, 167* S.W.3d 580,584 (Tex.App.-Houston [14th Dist.] 2005, no pet.) .............................................................................................................17

*La.-Pac. Corp. v. Andrade,* 19 S.W.3d 245,246-47 (Tex.1999).................................................................................................................14

*Lee Lewis Constr., Inc., v. Harrison,* 70 S.W.3d 778,785 (Tex.2001).............................13

*Mobile Oil Corp. v. Ellender,* 968 S.W.2d 917, 921 (Tex.1998) .....................................13

*Petri v. Oil and Gas Properties, L.P.,* 878 F. Supp.2d 744, 761 (S.D. Tex. 2012)…………………………………………………………………………15

*State v. Shumake,* 199 S.W. 3d 279, 287 (Tex.2006)……………………………………..13

*USA Truck Inc., v. West,* No. 05-14-01148-CV, 2017 WL 1550035, at *11 (Tex. App. April 28, 2017)…………………………………………………………………14

*U-Haul Int'l,* 380 S.W.2d at 141...........................................................................................16

*Wal-Mart Stores, Inc. v. Alexander,* 868 SW.2d 322,326 (Tex.1993)...............................14

*Williams v. McCollister,* 671 F. Supp.26 884 (S.D. Texas 9/22/09) ................................19

**Other Sources**

TEX.CIV.PRAC. &
REM.CODE § 41.00 (11)..........................................................................12