**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **JOHN BARNETT** | * | **CIVIL ACTION NO.: 1:20-CV-280** |
| | * | |
| | * | **JUDGE: MARCIA A. CRONE** |
| **VERSUS** | * | |
| | * | **MAG. JUDGE:** |
| | * | |
| **STAFFORD TRANSPORT OF LOUISIANA D/B/A CUSTOM ECOLOGY INC** | * * * | **JURY TRIAL** |

---

**ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING GROSS NEGLIGENCE**

---

Before the Court is the Defendants' Motion for Partial Summary Judgment Regarding Gross Negligence. After reading the Motion, the Court is of the opinion that the Motion should be GRANTED.