**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF TEXAS**

*** * * * * * * * * * * * * * * * * * * * * * * * * * * ***

**JOHN BARNETT**

**VERSUS**

**STAFFORD TRANSPORT OF LOUISIANA D/B/A CUSTOM ECOLOGY INC**

**CIVIL ACTION NO.: 1:20-CV-280**

**JUDGE:MARCIA A. CRONE**

**MAG. JUDGE:**

**JURY TRIAL**

*** * * * * * * * * * * * * * * * * * * * * * * * * * * ***

**DEPOSITION OF JENNIFER LYLES**

**TAKEN AT THE OFFICE OF TAYLOR, WELLONS, POLITZ, AND DUHE**

**4041 Essen Lane, Suite 500,**

**Baton Rouge, Louisiana 70809**

**ON DECEMBER 11, 2020**

**BEGINNING AT 11:43 A.M.**

**REPORTED BY:**

**KRISTINA MARIE CARTER, CCR**

**CERTIFIED COURT REPORTER**

tipper to reconnect the chain and the binders, I mean, so that only takes, maybe, two minutes or so?
A. Well, two to five minutes. It depends.
Q. Okay. A couple of minutes. And then, you leave the landfill?
A. Correct.
Q. There's no more stops you have to make?
A. No, sir.
Q. Okay. So, going through this process, recapping, is it accurate that the CEI driver is the person responsible for driving the truck to the tipper?
A. Correct.
Q. And are they responsible for untarping the load?
A. Yes.
Q. Responsible for unchaining the dump gate?
A. Yes.
Q. Responsible for putting the trailer onto the tipper?
A. Yes.
Q. Responsible for disconnecting the tractor from the trailer?
A. Yes.
Q. Also responsible for making sure that the load is ready to be tipped?
A. Yes.
Q. Which includes taking off the tarp and the chains?

A. Correct.
Q. Okay. CEI drivers are the people that are responsible for operating the tipper?
A. Correct.
Q. Which includes raising it, emptying the contents, and lowering it?
A. Correct.
Q. Okay. CEI drivers are responsible for reconnecting the tractor to the trailer?
A. Correct.
Q. And then, also driving the trailer off the tipper?
A. Yes, sir.
Q. Reconnecting the dump gate chains?
A. Correct.
Q. And driving out of the landfill?
A. Yes, sir.
Q. All right. These are not -- these are all CEI driver responsibilities and not landfill employee responsibilities; true?
A. True.
Q. And you can do each of these things without any assistance from the landfill employees; is that right?
A. Typically, yes.
Q. All right. And during each part of this process at

the landfill that we just talked about, is it accurate that not only do drivers have a responsibility to do these things, but they've got a responsibility to do them safely?

MS. O'CONNELL:

Object to the form. You can answer the question.

THE WITNESS:

Oh, okay.

A. Yes.

BY MR. DAWS:

Q. All right. As a CDL instructor, you teach safety, probably, every day; right?

A. Correct.

Q. Now, the tractor and trailer, I don't think we've talked about. Both of those pieces of property are CEI property?

A. Yes, sir.

Q. Okay. And all the tools and equipment on the tractor and trailer, that's property of CEI also?

A. Yes.

Q. Do CEI drivers have a responsibility to take care of their equipment?

A. Yes.

Q. To not damage it, if possible?

your understanding, that all employees have a responsibility to follow the company policies at CEI?
A. (Viewing document.) Correct.
Q. Okay. All right. Go to 34.
A. (Witness complies.)
Q. All right. The very bottom section, "Company vehicles," are there rules that CEI has in place for maintaining company vehicles, do you remember?
A. (Viewing document.) I'm sorry. I was --
Q. Were there rule that CEI expected its drivers to follow to maintain their vehicles?
A. As far as safety?
Q. Yes, ma'am.
A. Well, that's what our pretrip inspection is for every day.
Q. Okay. And was there anything at CEI -- did y'all ever talk about -- you know, besides doing the pretrip inspections, which I know was every morning --
A. Um-hum. (Witness nods head.)
Q. -- did y'all ever have safety meetings there where you would discuss different aspects of safety in your job?
A. We did.

Q. How often would y'all have that?
A. I think, maybe, the two while I was there.
Q. Two of them?
A. The guy from here would come down there.
Q. Okay. So, how long were those meetings, roughly? Was that like a --
A. Maybe a couple of hours.
Q. Okay. And what were the topics that you can remember that y'all covered in those two different safety meetings?
A. I can't recall exactly what it is, but it -- it was -- we did a defensive driving one. And then, some -- I can't remember what the other one was. It -- it's, basically, they just retouch on safety topics.
Q. Did any of it touch on safety regarding the tipper?
A. Not that I can recall.
Q. Okay. Did you, as the captain or supervisor over the drivers, did you do any kind of safety meetings, was that a part of your responsibility?
A. No, sir.
Q. Okay. Was there anybody else who did any kind of regular monthly safety meetings, or is it just these two that you can recall?
A. Just the two that I can recall.
Q. Okay. Looking here at "Company vehicles," in the

MS. O'CONNELL:
So, he's not asking you, right now, about the specific accident. He's kind of just talking generally.
THE WITNESS:
Correct.
MS. O'CONNELL:
Do you understand that?
MR. DAWS:
Okay.
THE WITNESS:
Okay.
MR. DAWS:
And you're doing fine. I'm sorry.
BY MR. DAWS:
Q. What has been stated in your discovery responses --
A. Um-hum. (Witness nods head.)
Q. -- and also CEI's, is that another way to go about handling that particular problem in that situation, where you've still got pressure on the gate and the chain, is that, instead of cutting it, you could take the trailer off the tipper and use a piece of machinery to press up against the back dump gate to relieve the pressure, undo the chain, and then let the gate up slowly by backing off the equipment; is

that something that you agree could have been done to have handled the situation?
A. It makes sense that it's possible. I was just unaware of that being an option.
Q. Okay. That was not something that anyone at CEI had trained you as being an option up until that time?
A. Up until never. I've never been trained to do that. I've only seen them -- the Waste Management employees use a dozer to shut a door on an empty trailer because the door got messed up while dumping. But as far as to relieve pressure, I've never seen it myself.
Q. Okay.
A. It makes sense, but I've never seen it.
Q. Okay. It was nothing that you had ever been taught to do --
A. Correct.
Q. -- before this?
A. Correct.
Q. Okay. And so, was the only method for fixing the problem, in your mind, at the time -- well, at the time of this incident, was the only method that you were aware of to fix the problem would be to cut the chain?
A. Correct.

Q. And --
A. Well, let me rephrase that. Or to turn/tighten it myself.
Q. And you tried to do that?
A. And I tried that, yes.
Q. You could also try to loosen it, but I assume you loosened it all the way, too.
A. It was all the way loose.
Q. Okay.
A. Yes.
Q. All right. And so, besides adjusting the binder, the only other step that you were aware of was to cut the chain?
A. Correct.
Q. Okay. And do you teach your drivers any or have you ever been taught at CEI about, you know, the dangers of cutting a chain that has pressure on it?
A. No, sir.
Q. Okay. Have you --
A. I've never had the --
Q. Have you ever dealt with, like, tight straps or chains with pressure and had a fear about it coming back and hitting you?
A. I mean, I know that's common sense that would happen, but I don't put myself in situations to --

Q. Was that at least an understood risk at the time when this incident happened, that, hey, if these guys are going to cut the chain, you know, there is a risk that it could -- the chain could slap up and hit somebody?
A. No, not unless they sit in the path of it.
Q. And I think I'm asking one question and you're giving a different answer. You're saying that you understood that it was a risk, but you also knew that it could be mitigated if you stood out of the way of the chain?
A. Correct.
Q. Okay. You know, in a situation like that where the chain is stuck because of pressure, does CEI just say, well, it's got to get undone somehow; do they teach y'all to cut the chain?
A. No. The landfill -- we've just -- we've never run into an issue where we had to wonder what to do. They're always there to help us.
Q. Did you feel like, whenever you realized, crap, I'm not going to be able to get this chain undone, did you feel like you knew what needed to be done?
A. Yes.
Q. What needed to be done?
A. I needed to cut that chain.

Q. Okay. And so, is that what you asked the landfill employees to help you with?
A. I asked Charles, yes.
Q. Okay. And when you asked him to help you cut the chain, you understood that the chain could not be undone because of the incredible weight of pressure that was against it?
A. Correct, because I had already tried.
Q. Okay.
A. I, physically, was not strong enough to turn that binder like that.
Q. Okay. And I'm going to differentiate. I'm not talking about this incident; okay? But in a situation like what happened with this incident, where you've put the trailer on the tipper and you've attempted to tip it multiple times, and you had forgotten to take off a chain, and then, you go there and you can't undo the chain, if you ask someone for assistance, do you feel like you've got a responsibility to let them know that you have tried to tip the trailer at that point?
A. If they're unaware of what's going on, I would let them know.
Q. Okay. Do you agree or disagree that cutting a chain, after a trailer has been tipped, is a safe

thing to do?
A. Yes.
Q. You agree that it is a safe thing to do?
A. It can be, yes.
Q. Okay.
A. It can be done safely is what I mean.
Q. Is there a reason that you didn't attempt to cut the chain in this --
A. I'm not strong enough to cut through a chain.
MS. O'CONNELL:
Make sure you let him ask the whole question before you answer.
THE WITNESS:
Oh, yeah. I'm sorry.
BY MR. DAWS:
Q. Okay. Even with a grinder?
A. I don't know how to operate a grinder.
Q. They didn't teach y'all at CEI how to use -- well, do you know how to use a bolt cutter or a chain cutter?
A. Yes.
Q. Okay. Have you done that before?
A. No, but I'm aware of how to do it. I've had to cut a seal off the back of a trailer before, but it's plastic, not metal.

Charles had talked about, like hey, let's cut it right here with the grinder?
A. Yes, at the hook.
Q. Okay. And do you have any -- as far as how the chain got cut with the bolt cutters as opposed to the grinder --
A. Um-hum. (Witness nods head.)
Q. -- do you have any opinion as to whether one method over the other would have been safer?
A. I believe the grinder is safer.
Q. And why is that?
A. So, the grinder, you're going to slowly cut through the -- the links on the thing so it's starting to release the pressure. It's not a strong -- like the bolt cutter, it's -- (indicating) -- all this pressure is released at once. The grinder, you're slowly cutting through the chain so it's slowly backing off. Do you understand what I mean?
Q. I think I understand what you're saying, but you don't have any experience with a grinder?
A. No.
Q. Okay.
A. I've -- just from what I've seen, common sense. It's -- it's, obviously, the safer method.
Q. Okay. But you don't know -- I mean, if somebody was

BY MR. DAWS:
Q. Okay. I just have one last question for you, Ms. Lyles. Do you agree that during the entire time that Charles and John Barnett were trying to help you with this chain, that you retained the exclusive right on how that problem was going to be dealt with, who was going to be dealt -- who was going to deal with it, and whether or not any efforts to unhook that chain should be stopped?
MS. O'CONNELL:
Object to form.
A. I'm not understanding.
BY MR. DAWS:
Q. That's probably a bad question. It's true that for the entire time that John was trying to help you get the chain unstuck, that you retained the right to decide how the chain issue would be addressed, whether it should be stopped and who would help --
MS. O'CONNELL:
Object to form.
BY MR. DAWS:
Q. -- correct?
A. Correct.
Q. Okay.
MR. DAWS: