**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS BEAUMONT DIVISION**

| | | |
|---|---|---|
| **JOHN BARNETT,** | **§** | |
| **Plaintiff;** | **§** | |
| | **§** | |
| **v.** | **§** | **Civil Action No. 1:20-cv-280** |
| | **§** | |
| **STAFFORD TRANSPORT OF** | **§** | |
| **LOUISIANA D.B.A CUSTOM** | **§** | |
| **ECOLOGY, INC.** | **§** | |
| **Defendant.** | **§** | |

**PLAINTIFF'S NOTICE OF INTENTION TO**
**TAKE THE ORAL/VIDEOTAPED DEPOSITION OF**
**DEFENDANT CEI'S CORPORATE REPRESENTATIVE**

To: Defendant, STAFFORD TRANSPORT OF LOUISIANA D/B/A CUSTOM ECOLOGY, INC. by and through its attorney of record, Jen A. O'Connell, TAYLOR, WELLONS, POLITZ, AND DUHE, 4041 Essen Lane, Suite 500, Baton Rouge, Louisiana 70809.

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6), you are requested to designate a corporate representative to give oral deposition testimony in this case. The designated corporate representative will be asked to testify as to matters that are known or reasonably available to the organization regarding the following topics:

1. The incident made the basis of this suit, including the facts regarding it and any investigation into it.

2. Trailer safety policies and procedures.

3. Tipper safety policies and procedures.

4. Employment, training, and supervision of Jennifer Lyles.

5. Contracts or agreements entered into by Defendant CEI pertaining to the Newton County, Texas Waste Management landfill where this incident occurred.

You will take notice that the oral deposition of Defendant CEI's corporate representative, will be taken by Malachi Daws or Judson Daws, at 4041 Essen Lane, Suite 500 Baton Rouge, Louisiana 70809 on March 19, 2021. The deposition will begin at 1:30 p.m. and continue day to day thereafter until completed. Such deposition will be reported by a certified court reporter from Reliable Court Reporting and may be videotaped.

Respectfully submitted,

**THE DAWS LAW FIRM**

*/s/ Malachi Daws*
MALACHI DAWS
JUDSON DAWS
4055 Dowlen Road
Beaumont, TX 77706
P: 409-838-6000
F: 409-838-6003
E: mdaws@dawslawfirm.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record on the 3rd day of March 2021.

/s/ *Malachi Daws*
**MALACHI DAWS**

**TAYLOR, WELLONS, POLITZ, AND DUHE**
**ATTN: JEN A. O'CONNELL**
4041 Essen Lane, Suite 500
Baton Rouge, Louisiana 70809
Ph.: 225-387-9888
Fax: 225-387-9886
E-Mail: joconnell@twpdlaw.com
**ATTORNEYS FOR DEFENDANT:**
**STAFFORD TRANSPORT OF LOUISIANA D/B/A CUSTOM ECOLOGY INC. AND JENNIFER LYLES**
*Via E-Mail: joconnell@twpdlaw.com*