**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS BEAUMONT DIVISION**

| | | |
|---|---|---|
| **JOHN BARNETT,** | **§** | |
| **Plaintiff;** | **§** | |
| | **§** | |
| **v.** | **§** | **Civil Action No. 1:20-cv-280** |
| | **§** | |
| **STAFFORD TRANSPORT OF** | **§** | |
| **LOUISIANA D.B.A CUSTOM** | **§** | |
| **ECOLOGY, INC.** | **§** | |
| **Defendant.** | **§** | |

**PLAINTIFF'S THIRD AMENDED NOTICE OF**
**INTENTION TO TAKE THE ORAL/VIDEOTAPED**
**DEPOSITION OF DEFENDANT CEI'S CORPORATE REPRESENTATIVE(S)**

To: Defendant, STAFFORD TRANSPORT OF LOUISIANA D/B/A CUSTOM ECOLOGY, INC. by and through its attorney of record, Jen A. O'Connell, TAYLOR, WELLONS, POLITZ, AND DUHE, 4041 Essen Lane, Suite 500, Baton Rouge, Louisiana 70809.

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6), you are requested to designate a corporate representative to give oral deposition testimony in this case. The designated corporate representative will be asked to testify as to matters that are known or reasonably available to the organization regarding the following topics:

1. The incident made the basis of this suit, including the facts regarding it and any investigation into it.

2. Trailer safety policies and procedures that were in effect and applicable to the trailer operated by Defendant Lyles on the date of the incident.

3. Tipper operation policies and procedures that were in effect and applicable to the tipper operated by Defendant Lyles on the date of the incident.

4. Tipper safety policies and procedures that were in effect and applicable to the tipper operated by Defendant Lyles on the date of the incident.

5. CEI's policies and procedures regarding training of its drivers as to the operation of the tipper and the trailer, which were in effect and applicable to the training of Defendant Lyles before and up to the time on the date of the incident.

6. CEI's policies and procedures regarding supervising its drivers at the Newton County landfill which were in effect and applicable before and up to the time on the date of the incident.

7. Contracts or agreements entered into by Defendant CEI pertaining to the Newton County, Texas Waste Management landfill where this incident occurred that were in effect on the date of the incident.

8. CEI's requirements for employment of its drivers, which were in effect and applicable to Defendant Lyles at the time she was hired.

9. CEI's efforts made to respond to Plaintiff's written discovery requests and the responses and answers given to such requests.

10. Any and all assistance or direction given to Defendant Lyles from CEI in responding to Plaintiff's discovery requests and the responses and answers given by her to such requests.

You will take notice that the oral deposition of Defendant CEI's corporate representative, will be taken by Malachi Daws or Judson Daws, at 4041 Essen Lane, Suite 500 Baton Rouge, Louisiana 70809 on March 17, 2021. The deposition will begin at 12:00 p.m. and continue day to day thereafter until completed. Such deposition will be reported by a certified court reporter from Reliable Court Reporting and may be videotaped.

Respectfully submitted,

**THE DAWS LAW FIRM**

*/s/ Malachi Daws*
MALACHI DAWS
JUDSON DAWS
4055 Dowlen Road
Beaumont, TX 77706
P: 409-838-6000
F: 409-838-6003
E: mdaws@dawslawfirm.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record on the 17th day of February 2021.

/s/ *Malachi Daws*____________
**MALACHI DAWS**

**TAYLOR, WELLONS, POLITZ, AND DUHE**
**ATTN: JEN A. O'CONNELL**
4041 Essen Lane, Suite 500
Baton Rouge, Louisiana 70809
Ph.: 225-387-9888
Fax: 225-387-9886
E-Mail: joconnell@twpdlaw.com
**ATTORNEYS FOR DEFENDANT:**
**STAFFORD TRANSPORT OF LOUISIANA D/B/A CUSTOM ECOLOGY INC. AND JENNIFER LYLES**
*Via E-Mail: joconnell@twpdlaw.com*