IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| JOHN BARNETT, | ) CIVIL ACTION |
| | ) |
| | ) NO.: 1:20-CV-0280 |
| VS. | ) |
| | ) JUDGE: MARCIA A. CRONE |
| | ) |
| STAFFORD TRANSPORT OF | ) MAG. JUDGE: |
| LOUISIANA D/B/A CUSTOM | ) |
| ECOLOGY INC. | ) JURY TRIAL |

-----------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF

JOHN CALVIN BARNETT

DECEMBER 9, 2020

-----------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF JOHN CALVIN BARNETT, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on December 9, 2020, from 10:36 a.m. to 4:52 p.m., before Michelle Kelley, CSR in and for the State of Texas, reported by machine shorthand, at the law offices of The Daws Law Firm, 4055 Dowlen Road, Beaumont, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

A. Once they pass the scale, they come -- the CEI drivers, they come and untarp their load, loosen their binders on the door, to my knowledge, and then they go up on top, up to the tipper.

Q. Okay. And I probably asked you this before, but under any circumstances were you ever told you were not allowed to assist drivers before April 10, 2020?

A. No, ma'am, not to my recollection.

Q. And, to your recollection, you were never disciplined for doing so; is that correct?

A. Yes.

Q. And, in fact, you had done so on at least a few occasions for -- true?

A. Yes.

Q. Okay. Do you consider helping drivers at the landfill when there's an issue part of your job?

A. No.

Q. Why not?

A. I guess it wasn't in the details of my job. I just, you know, I helped somebody when they were in a bind. It's just the thing to do.

Q. Okay. Would you agree that part of your job is anything another Waste Management employee asks you to do, says that they need assistance with?

A. Yes.



Electronically signed by Michelle Kelley (301-186-547-1897) 233e202c-4e77-4601-a617-cf49989df7b3

Q. Okay. And at least a few of those instances we talked about a Waste Management employee had radioed to you that a driver needed assistance; correct?

A. Correct.

Q. So under that circumstance, would you have considered that part of your job when you went to help that driver once you were radioed by a Waste Management employee?

A. I'm not exactly sure. There again, I just -- it was asked to help and I helped. I don't, you know, I never thought about it, considered it part of the job or not, you know.

Q. I got you.

Do you know what equipment drivers have on their trucks, other, you know, other than the truck and the trailer, but any particular equipment they have on their trucks to help them at the landfill?

A. No, ma'am.

Q. Okay. Other than Jennifer Lyles, did you interact with any other drivers on a repeated basis?

A. I mean, there was one or two. You know, you may go by and say, "Hi. How are you doing this morning?" But that's -- other than that, that's about it, you know.

Q. Okay. Now, in the year that you've -- at the



Electronically signed by Michelle Kelley (301-186-547-1897) 233e202c-4e77-4601-a617-cf49989df7b3