**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **John Barnett** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 1:20-cv-00280** |
| | § | |
| **Stafford Transport of Louisiana d/b/a** | § | |
| **Custom Ecology Inc** | § | |
| **Defendant.** | § | |

**ORDER**

CAME ON THIS DAY TO BE HEARD Defendant's Motion for Protective Order, and the Court, having considered the Motion and any arguments and replies thereto, is of the Opinion that it should be DENIED.