**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **John Barnett** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 1:20-cv-00280** |
| | § | |
| **Stafford Transport of Louisiana d/b/a** | § | |
| **Custom Ecology Inc** | § | |
| **Defendant.** | § | |

**AFFIDAVIT**

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF JEFFERSON** | § |

**BEFORE ME**, the undersigned authority, on this day personally appeared Malachi Daws, and being by me duly sworn, the said Malachi Daws declared to me in my presence the following:

My name is Malachi Daws. I am competent to testify concerning this matter. I am over 18-years old and of sound mind. The facts contained in this affidavit are within my personal knowledge and are true. I am making this affidavit on behalf of myself.

1. Plaintiff filed suit in state court in Newton County, Texas on May 11, 2020.

2. Defendant filed a Notice of Removal on June 26, 2020 pursuant to 28 U.S.C. §1332, 1441, and 1446.

3. On August 7, 2020, Plaintiff amended his Complaint to add a diverse Defendant (Jennifer Lyles) who has made an appearance in the case and is being represented by counsel for CEI.

4. The Court entered a scheduling order (Document 17) on September 11, 2020 wherein the discovery deadline was set as June 18, 2021 and the Motion deadline was set as July 16, 2021.

5. CEI filed a Partial No Evidence Motion for Summary Judgment regarding Plaintiff's claim for gross negligence on February 19, 2021 (Document 26).

EXHIBIT
**Exhibit A**

6. The parties have been diligent in seeking discovery. Multiple sets of written discovery have been exchanged and is still being supplemented and answered between the parties. Additionally, three depositions have been taken – (1) John Barnett, (2) Kim Barnett, and (3) Jennifer Lyles. (Kim Barnett is John's wife and has no personal knowledge regarding the incident or Plaintiff's gross negligence claim). The following depositions are scheduled and were coordinated with CEI prior to CEI filing its motion for summary judgment:

(a) Joe LaRocca – CEI Regional Manager

(b) Thomas Wallace – CEI Safety Manager

(c) Dirk Lockhart – CEI Regional Vice President

(d) Dirk Lockhart in his capacity as CEI's corporate representative

(e) Cecelia Hoffpauir – Waste Management Employee

(f) John Stanley – Waste Management Employee

(g) Charles Veazie – Waste Management Employee

(h) Corey (last name unknown) – Waste Management Employee

7. Plaintiff's injury (traumatic brain injury and severe facial injuries) occurred because of CEI's negligent operation of its trailer and tipper. Plaintiff expects evidence regarding CEI's trailer and tipper safety policies, trailer and tipper operation polices, employee training policies and procedures, employee supervision policies and procedures, and how all these policies were or were not implemented at the time of this incident to be developed in the currently noticed CEI depositions.

8. All of these depositions are relevant to Plaintiff's gross negligence claim. Each person is expected to have information regarding this specific incident and the negligent and gross negligent topics outlined above. From them, Plaintiff expects to learn more about CEI's subjective

awareness of the risk involved when performing trailer and tipper operations and more about the indifference shown to Plaintiff's welfare while such was being performed. These individuals have direct oversight over Lyles and her negligent conduct.

9. This Motion is not being sought for delay but so justice may be done.

10. This Motion will not prejudice either party as both parties are agreed to the Motion.

Further, affiant sayeth not.

MALACHI DAWS

**SUBSCRIBED AND SWORN TO BEFORE ME** by the said Malachi Daws this 15th day of March 2021.

NOTARY PUBLIC STATE OF TEXAS
Suzy Springer
My Commission Expires
09/28/2024
ID No 11274373

Notary Public, State of Texas