UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **JOHN BARNETT** | * | **CIVIL ACTION NO.: 1:20-CV-280** |
| | * | |
| | * | **JUDGE: MARCIA A. CRONE** |
| **VERSUS** | * | |
| | * | **MAG. JUDGE:** |
| | * | |
| **STAFFORD TRANSPORT OF LOUISIANA D/B/A CUSTOM ECOLOGY INC AND JENNIFER LYLES** | * * * | **JURY TRIAL** |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendants, Stafford Transport of Louisiana D/B/A Custom Ecology, Inc. and Jennifer Lyles, who suggest to the Court that they wish to remove Ryan J. Zumo as counsel of record and enroll as substitute counsel Barbara Jane Barron, of the law firm Mehaffy Weber (Bar Roll #01817250), on their behalf in the above-captioned matter.

Respectfully submitted:

**TAYLOR, WELLONS, POLITZ & DUHE, APLC**

BY: */s/Jen A. O'Connell*
Jen A. O'Connell (Texas Bar Roll No. 24117193)
4041 Essen Lane, Suite 500
Baton Rouge, LA 70809
Telephone: (225) 387-9888
Fax: (225) 387-9886
joconnell@twpdlaw.com

**And**

**MEHAFFY WEBER**

BY: /s/Barbara Jane Barron
Barbara Jane Barron (Texas Bar Roll No. 01817250)
500 Dallas, Suite 2800
Houston, Texas 77002
Telephone: (713) 655-1200
BarbaraBarron@mehaffyweber.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the Court's CM/ECF system and a copy sent to all counsel of record by electronic means on the 19th of May, 2021.

*/s/ Jen A. O'Connell*
Jen A. O'Connell