**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **JOHN BARNETT** | * | **CIVIL ACTION NO.: 1:20-CV-280** |
| | * | |
| | * | **JUDGE: MARCIA A. CRONE** |
| **VERSUS** | * | |
| | * | **MAG. JUDGE:** |
| | * | |
| **STAFFORD TRANSPORT OF** | * | |
| **LOUISIANA D/B/A CUSTOM ECOLOGY** | * | |
| **INC** | * | **JURY TRIAL** |

---

# ORDER

---

Considering the foregoing *Motion to Enroll Counsel of Record*;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that BARBARA JANE BARRON of the law firm of Mehaffy Weber, is hereby enrolled as substitute counsel of record for the Defendants, **STAFFORD TRANSPORT OF LOUISIANA D/B/A CUTOMY ECOLOGY, INC AND JENNIFER LYLES.** RYAN ZUMO is hereby removed as counsel of record on behalf of Defendants.

__________________________________
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS JUDGE**