**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **JOHN BARNETT** | * | **CIVIL ACTION NO.: 1:20-CV-280** |
| | * | |
| | * | **JUDGE: MARCIA A. CRONE** |
| **VERSUS** | * | |
| | * | **MAG. JUDGE:** |
| | * | |
| **STAFFORD TRANSPORT OF** | * | |
| **LOUISIANA D/B/A CUSTOM ECOLOGY** | * | |
| **INC** | * | **JURY TRIAL** |

*****************************************************************************

**NOTICE OF APPEARANCE**

---

Notice is hereby given that Barbara Jane Barron, of the law firm of Mehaffy Weber, does hereby enter her appearance as additional counsel for Defendant, **Stafford Transport of Louisiana d/b/a Custom Ecology,** in the above referenced matter.

Respectfully submitted,

*/s/ Barbara Jane Baron*

Barbara Jane Barron (Texas Bar Roll No. 1817250)
MEHAFFY WEBER
500 Dallas, Suite 2800
Houston, Texas 77002
Telephone: (713) 655-1200
BarbaraBarron@mehaffyweber.com
***Counsel for Defendant***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the Court's CM/ECF system and a copy sent to all counsel of record by electronic means on the 21st of May, 2021.

*/s/ Barbara Jane Barron*
Barbara Jane Barron