**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JOHN BARNETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:20-CV-280 |
| | § | |
| STAFFORD TRANSPORT OF LOUISIANA d/b/a/ CUSTOM ECOLOGY INC., and JENNIFER LYLES, | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER OF REFERENCE**

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, Plaintiff John Barnett's Motion for Leave to Supplement Tom Truss's Expert Report, to Substitute Dr. Gene Trevino in Place of Charles Tormo, and to Designate John Zambo as a Non-Retained Expert Witness (#49) is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for hearing, consideration, and a determination. *See* 28 U.S.C. § 636; E.D. TEX. CIV. R. 72.

SIGNED at Beaumont, Texas, this 13th day of September, 2021.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE