IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JOHN BARNETT,<br><br>Plaintiff,<br>v.<br><br>STAFFORD TRANSPORT OF LOUISIANA d/b/a CUSTOM ECOLOGY, INC. and JENNIFER LYLES<br><br>Defendants. | CASE NO. 1:20-CV-00280-MAC |

**ORDER ON PLAINTIFF'S AND DEFENDANTS' DISCOVERY MOTIONS**

This case is assigned to the Honorable Marcia A. Crone, United States District Judge. By Orders of Reference (Doc. Nos. 46 and 51), Judge Crone has referred two motions to the undersigned Magistrate Judge for consideration—Defendants' *Motion to Quash Plaintiff's 30(b)(6) Deposition of CEI's Corporate Representative, Plaintiff's Deposition of John Zambo, Plaintiff's Deposition of Buck Sheffield, and Motion for Protective Order* (Doc. No. 45) and Plaintiff's *Motion for Leave to Supplement Tom Truss' Expert Report, to Substitute Dr. Gene Trevino in Place of Charles Tormo, and to Designate John Zambo as a Non-Retained Expert Witness* (Doc. No. 49). On September 30, 2021, the undersigned held a hearing to resolve the issues in these motions.

For the reasons given at the hearing, it is **ORDERED** that Defendants' *Motion to Quash Plaintiff's 30(b)(6) Deposition of CEI's Corporate Representative, Plaintiff's Deposition of John Zambo, Plaintiff's Deposition of Buck Sheffield, and Motion for Protective Order* (Doc. No. 45) is **GRANTED**.

For the reasons given at the hearing, it is **ORDERED** that Plaintiff's *Motion for Leave to Supplement Tom Truss' Expert Report, to Substitute Dr. Gene Trevino in Place of Charles Tormo,*

*and to Designate John Zambo as a Non-Retained Expert Witness* (Doc. No. 49) is **GRANTED** in part and **DENIED** in part. Plaintiff may supplement Tom Truss's Expert Report and Plaintiff may substitute Dr. Gene Trevino in place of Charles Tormo. However, Plaintiff may not designate John Zambo as a non-retained expert witness.

SIGNED this 5th day of October, 2021.

Zack Hawthorn
United States Magistrate Judge