**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **John Barnett** | **§** | |
| **Petitioner** | **§** | |
| | **§** | |
| **vs.** | **§** | **Civil Action No. 1:20-cv-00280** |
| | **§** | |
| **Stafford Transport of Louisiana d/b/a** | **§** | |
| **Custom Ecology, Inc. and** | **§** | |
| **Jennifer Lyles** | **§** | |
| **Defendants** | **§** | |

**PETITIONER'S NOTICE OF DISMISSAL**

NOW INTO COURT COMES Plaintiff, John Barnett, and files this Notice of Dismissal and hereby dismisses his claims against Defendants with prejudice to the refiling of the same.

Respectfully submitted,

**THE DAWS LAW FIRM**

*/s/ Malachi Daws*
**MALACHI DAWS**
JUDSON DAWS
4055 Dowlen Rd.
Beaumont, TX 77706
P: (409) 838-6000
F: (409) 838-6003
E: mdaws@dawslawfirm.com
**ATTORNEYS FOR PETITIONER**